**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION   ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jamie Chai v. Bayer Corporation, et al.* | No. 11-cv-13066-DRH |
| *Brooke Dankowski v. Bayer Corporation, et al.* | No. 10-cv-12423-DRH |
| *Christine Fogarty v. Bayer Corporation, et al.* | No. 10-cv-11709-DRH |
| *Amy Franklin v. Bayer Corporation, et al.* | No. 10-cv-11153-DRH |
| *Bruce Gillilan, et al. v. Bayer Corporation, et al.* | No. 11-cv-11952-DRH |
| *Ann Hatcher v. Bayer Corporation, et al.* | No. 11-cv-10404-DRH |
| *Michelle S. House-Connaghan v. Bayer Corporation, et al.* | No. 10-cv-20012-DRH |
| *Jennifer Hutchings v. Bayer Corporation, et al.* | No. 10-cv-11250-DRH |
| *Christine Kempter v. Bayer Corporation, et al.* | No. 09-cv-10049-DRH |
| *John Lewis, et al. v. Bayer Corporation, et al.* | No. 11-cv-12249-DRH |
| *Holly Mauger v. Bayer Corporation, et al.* | No. 10-cv-11564-DRH |
| *Brenda McKinney-Hardminon v. Bayer Corporation, et al* | No. 10-cv-12422-DRH |
| *Jodi Mulvaine v. Bayer Corporation, et al.* | No. 10-cv-12513-DRH |
| *Laura Phillips v. Bayer Corporation, et al.* | No. 10-cv-11200-DRH |
| *Robin Rouquette v. Bayer Corporation, et al.* | No. 11-cv-11742-DRH |

| | |
|---|---|
| *Roxana Ryan v. Bayer Corporation, et al.* | No. 10-cv-13165-DRH |
| *Ellen Saali v. Bayer Corporation, et al.* | No. 11-cv-12895-DRH |
| *Lisa K. Smith v. Bayer Corporation, et al.* | No. 10-cv-11649-DRH |
| *Helon-Ruth Tackett v. Bayer Corporation, et al.* | No. 10-cv-13668-DRH |
| *Meagan Walton v. Bayer Corporation, et al.* | No. 11-cv-11814-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 30, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY:  /s/*Caitlin Fischer*
>      Deputy Clerk

**Dated:** May 1, 2014

Digitally signed by David R. Herndon
Date: 2014.05.01 09:59:24 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**

2